1  FRANK E. MAYO/State Bar #42972
   Law Office of Frank E. Mayo
2  5050 El Camino Real, Ste. 228
   Los Altos, CA 94022
3  (650) 964-8901

4  Attorney for Plaintiff
   Merry Kalafatich
5
   Timothy C. Davis (SBN 60936)
6  THE DAVIS LAW FIRM, APC
   625 Market St., 12th Fl.
7  San Francisco, CA 94105
   (415) 278-1400
8
   Charles P. Teixeira (SBN 101988)
9  LAW OFFICE OF CHARLES P. TEIXEIRA
   235 Montgomery St., #600
10 San Francisco, CA 94104
   (415) 274-3770
11
   Attorneys for Defendants
12 Benefit & Risk Management Services, Inc.
   And Terry Boyle
13
   De Castro Law Group, P.C. (SBN 213769)
14 Jose-Manuel A. de Castro
   9000 W. Sunset Blvd. #450
15 Los Angeles, CA 90069
   (310) 270-9877
16
   Attorney for Defendant
17 Windsor Gardens Care Center of Hayward,
   Erroneously sued as "Windsor-Gardens"
18

19              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
20

21 MERRY KALAFATICH,             )  CASE NO. CV 10 2030 SI
                                 )  STIPULATION AND ORDER
22         Plaintiff,            )  FOR DISMISSAL WITH
                                 )  PREJUDICE PURSUANT
23    V.                         )  TO FRCP 41(A)(1)
                                 )
24 BENEFIT & RISK MANAGEMENT     )
   SERVICES, INC., TERRY BOYLE,  )
25 WINDSOR GARDENS AND DOES 1-50 )
   INCLUSIVE                     )
26                               )
           Defendants,           )
27 _____)

28
   STIPULATION AND ORDER FOR DISMISSAL FRCP 41(A)(1)

1   IT IS HEREBY STIPULATED by the parties to this action,
2   through their designated counsel, that the above-captioned action
3   be dismissed in its entirety with prejudice pursuant to FRCP 41
4   (a)(1), each party to bear its own fees and costs. The dismissal
5   of this action with prejudice shall not preclude Plaintiff Merry
6   Kalfatich from asserting as an affirmative defense in any
7   collection action brought by Windsor Gardens, its successors or
8   assigns for recovery of hospitalization fees from Plaintiff that
9   Windsor Gardens by its agents represented to and agreed with
10  Plaintiff that all fees for her hospitalization were to be paid by
11  Plaintiff Merry Kalafatich's health care benefit provider and did
12  enter an express agreement with the health care benefit provider
13  for payment of Merry Kalfatich's hospitalization at Windsor.
14      In the event of the assertion of the aforesaid affirmative
15  defense Windsor Gardens shall not assert or contend the same is
16  barred by the doctrine of res judicata or collateral estoppel
17  Dated:      June 28, 2010    FRANK E. MAYO, ESQ.

                                /S/ Frank E. Mayo
                                Attorney for
                                Plaintiff Merry Kalafatich

    Dated:      June    , 2010    THE DAVIS LAW FIRM, APC

                                BY: /S/ Timothy C. Davis, Esq.
                                Timothy C. Davis, Esq.

    Dated:      June , 2010     LAW OFFICE OF CHARLES P. TEIXEIRA

                                BY:/S/ Charles P. Teixeira
                                   Charles P. Teixeira

                                ATTORNEYS FOR BENEFIT & RISK
                                MANAGEMENT SERVICES, INC. and

STIPULATION AND ORDER FOR DISMISSAL FRCP 41(A)(1)                 2

```
 1                              TERRY BOYLE

 2   Dated:     June  , 2010    DE CASTRO LAW GROUP, P.C.

 3                              /S/ Jose-Manuel A. de Castro
                                Jose-Manuel A. de Castro
 4                              Attorney for Windsor Gardens Care
                                Center of Hayward,
 5                              Erroneously sued as "Windsor Gardens"

 6   IT IS SO ORDERED:

 7                              _____
                                JUDGE OF THE US DISTRICT COURT
 8                              NORTHERN DISTRICT OF CALIFORNIA
```

STIPULATION AND ORDER FOR DISMISSAL FRCP 41(A)(1)     3